JOHN SANTOS, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant. (Action No. 2.) — Judgment affirmed, with costs. All concur. (The judgment awards plaintiff death benefit on life insurance policy.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY SANTOS, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant. (Action No. 3.) — Judgment affirmed, with costs. All concur. (The judgment awards plaintiff death benefit on life insurance policy.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JORDAN NAST, Appellant.— Judgment of conviction affirmed. All concur, Cunningham, J., not voting. (The judgment convicts defendant of the crime of assault, second degree.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

UNIVERSAL CREDIT COMPANY, Respondent, v. RUTH UGGLA, Doing Business, etc., Defendant, and EVELYN D. FISH, Impleaded Defendant, Appellant.— Motion granted and order amended nunc pro tunc to provide the reversal to be without prejudice, with ten dollars costs to respondent. [See 248 App. Div. 848; Id. 529.] Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of LOUIS H. NEUBECK, Respondent, for a Mandamus Order against FRANKLIN E. BARD and Others, as and Constituting the Erie County Park Commission, and JOHN W. CHEETHAM, Appellants.—Motion granted amending order of March 24, 1937, nunc pro tunc so as to certify a question for review by the Court of Appeals. [See 250 App. Div. 833.] Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

## (May 12, 1937.)

JOHN W. ROBB, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18726.) — Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Certain findings of fact disapproved and reversed. Memorandum: In view of the specific finding of fact that the level of the water in the gravel pit was higher than the level of the water in the canal we reach the conclusion that the damage could not have occurred from leakage from the canal, and reverse the findings inconsistent with this finding as contrary to the weight of the evidence in view of the finding as to the levels of the water referred to. All concur. (The judgment awards claimant damages to a farm and gravel pit by reason of leakage from Barge canal.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

RICHARD EVERILL, Respondent, v. JENNIE CARROLL EVERILL, Appellant.— Judgment affirmed, without costs. All concur, except Lewis, J., who dissents and votes for reversal on the law and facts and for granting defendant judgment on her counterclaim, with disapproval and reversal of finding of cruel and inhuman treatment on the part of the defendant and additional finding of desertion on the part of the plaintiff (The judgment awards plaintiff separation and vacates order for temporary alimony.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.